

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00826-CV

Roger D. **EVANS**,
Appellant

v.

Annette **EVANS**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-07-28218-CV
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we GRANT appellant's counsel's motion for leave to withdraw as counsel; we GRANT appellant's motion to dismiss the appeal; and we DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellant.

SIGNED November 29, 2023.

_____
Rebeca C. Martinez, Chief Justice